DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARGARET LAWRENCE,**
Appellant,

v.

**CHARLES E. GARRIS,** as Trustee of the George H.C. Lawrence
Revocable Trust Agreement, dated July 27, 1991, et al.,
Appellees.

No. 4D21-2794

[October 20, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Croom, Judge; L.T. Case No. 312020CA000071.

Adrian P. Thomas, Michele M. Thomas, and Daniel A. McGowan of Adrian Philip Thomas, P.A., Fort Lauderdale, for appellant.

Jane Kreusler-Walsh, Rebecca Mercier Vargas, and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Thomas J. Upchurch of Upchurch Law, Daytona Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***